David B. WEISS and Jenettie Parsons, Appellants,

v.

The KANSAS CITY STAR COMPANY, Respondent.

No. WD 34359.

Missouri Court of Appeals, Western District.

March 27, 1984.

Andrew S. Carroll of Carroll & Carroll, Warrensburg, for appellants.

F. Allen Speck, R. Michael Steele of Sherman, Wickens, Lysaught & Speck, P.C., Kansas City, for respondent.

Before PRITCHARD, P.J., and MAN-FORD· and NUGENT, JJ.

PER CURIAM.

### ORDER

This is a civil action seeking damages arising from the alleged tortious conduct of an agent.

Judgment affirmed.   Rule 84.16(b).